# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL DOMINGUEZ,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>HERTZ VEHICLES, DEBORAH THREAT BEDELL, AND DOES 1 - 50,<br><br>　　Defendants. | Case No.<br>2:17-cv-06946-DSF-JC<br><br>ORDER DISMISSING ACTION<br><br>Honorable Dale S. Fischer |

　　The Court has considered the Stipulation of Dismissal with Prejudice the parties filed.

　　THE COURT HEREBY ORDERS that this action, 17-cv-06946-DSF-JC, is dismissed in its entirety with prejudice, with each party to bear its own costs and fees, including attorney fees.

　　IT IS SO ORDERED.

DATED: July 11, 2019

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE